**ARTHUR H. SHOUPE v. C. J. McLEOD**

15 So. (2nd) 199                                    June Term, 1943
October 5, 1943                                      Division A

*Boozer & Boozer* and *Arthur H. Shoupe,* for appellant.

*E. Harris Drew,* for appellee.

PER CURIAM:

We have duly considered all questions argued in this appeal and conclude that the record and judgment are free of error. The same is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.